■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALEX NANCE, Appellant, v NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, Respondent. [21 NYS3d 679]—Appeal from a judgment (denominated order) of the Supreme Court, Wyoming County (Michael M. Mohun, A.J.), dated July 8, 2014 in a habeas corpus proceeding. The judgment denied the petition.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs. Present—Centra, J.P., Peradotto, Carni, Lindley and DeJoseph, JJ.